## Fill in this information to identify the case:

Debtor 1    <u>MICHAEL A CERCIELLO</u>

Debtor 2    <u>  </u>
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>Pennsylvania</u>

Case number <u>5:18-bk-04753-MJC</u>

---

<u>Form 4100R</u>
# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**   <u>Freedom Mortgage Corporation</u>

**Court claim no.** (if known): <u>2</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>5654</u>

**Property address:**   <u>145 Gunstock Lane</u>
                         Number   Street
                         <u>Tafton, PA 18464</u>
                         City      State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on: _____
                                                              MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a.   Total postpetition ongoing payments due:                                  (a) $ <u>0.00</u>

    b.   Total fees, charges, expenses, escrow, and costs outstanding:         +(b) $ <u>1,400.00</u>

    c.   **Total**. Add lines a and b.                                                       (c) $ <u>1,400.00</u>

    Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:           <u>10/01/2025</u>
                                                                  MM/DD/YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon           Date 09/15/2025
  Signature

Print   Mario Hanyon                         Title   Attorney
      First Name   Middle Name   Last Name

Company   Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3825 Forrestgate Dr.
       Number     Street

      Winston-Salem, NC 27103
      City                     State      ZIP Code

Contact phone   844-856-6646   Email  PABKR@brockandscott.com

» IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>MICHAEL A CERCIELLO<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>MICHAEL A CERCIELLO ,<br>    Debtor | Case No. 5:18-bk-04753-MJC<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

John J Martin, Debtor's Attorney
1022 Court Street
Honesdale, PA 18431
jmartin@martin-law.net


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

Michael A Cerciello
145 Gunstock Lane
Tafton, Pa 18464

Date: <u>September 15, 2025</u>

        <u>*/s/Mario Hanyon*</u>
        Andrew Spivack, PA Bar No. 84439
        Mario Hanyon, PA Bar No. 203993
        Ryan Srnik, PA Bar No. 334854
        Jay Jones, PA Bar No. 86657
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        3825 Forrestgate Drive
        Winston Salem, NC 27103
        Telephone: (844) 856-6646
        Facsimile: (704) 369-0760
        E-Mail: PABKR@brockandscott.com

| **Fill in this information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | MICHAEL A. CERCIELLO | | |
| Debtor 2 (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | MIDDLE | District of | PA (State) |
| Case Number | 5:18-04753 RNO | | |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION     **Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 5654

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No.
☐ Yes. Date of last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | 11/29/2018 – Plan Review @ $250.00<br>12/13/2018 – Preparation/Filing of Objection to Plan @ $500.00 | (3) | $750.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 12/04/2018 – Proof of Claim 410A Fee @ $250.00<br>12/06/2018 – Preparation/Filing of Proof of Claim @ $400.00 | (5) | $650.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. | Other. Specify:_____ | | (11) | $ |
| 12. | Other. Specify:_____ | | (12) | $ |
| 13. | Other. Specify:_____ | | (13) | $ |
| 14. | Other. Specify:_____ | | (14) | $ |

| Debtor 1 | MICHAEL A. CERCIELLO | Case Number (if known) | 5:18-04753 RNO |
|---|---|---|---|

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Mario J. Hanyon, Esquire          Date  May 28, 2019
   Signature

Print:    Mario J. Hanyon, Esq., Id. No.203993          Title
          First Name    Middle Name    Last Name

Company   Phelan Hallinan Diamond & Jones, LLP

Address   1617 JFK Boulevard, Suite 1400

          Philadelphia, PA 19103

Contact Phone   215-563-7000          Email   mario.hanyon@phelanhallinan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL A. CERCIELLO | : | BK. No. 5:18-04753 RNO |
| KIMBERLY W. CERCIELLO (Non-Filing Co-Debtor) | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| FREEDOM MORTGAGE CORPORATION | : | Document No. |
| Movant | : | |
| v. | : | |
| MICHAEL A. CERCIELLO | : | |
| KIMBERLY W. CERCIELLO (Non-Filing Co-Debtor) | : | |
| Respondents | : | |
| | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF POST-PETITION FEES,
EXPENSES AND CHARGES**

I certify under penalty of perjury that I served or caused to be served the above captioned Notice of Post-Petition Fees, Expenses and Charges on the parties at the addresses shown below or on the attached list on May 28, 2019.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| CHARLES J. DEHART, III, ESQUIRE (TRUSTEE)<br>8125 ADAMS DRIVE, SUITE A<br>HUMMELSTOWN, PA 17036 | MICHAEL A. CERCIELLO<br>145 GUNSTOCK LANE<br>TAFTON, PA 18464-9613 |
| JOHN J. MARTIN, ESQUIRE<br>1022 COURT STREET<br>HONESDALE, PA 18431 | KIMBERLY W. CERCIELLO<br>145 GUNSTOCK LANE<br>TAFTON, PA 18464-9613 |
| UNITED STATES TRUSTEE<br>228 WALNUT STREET, SUITE 1190<br>HARRISBURG, PA 17101 | |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

May 28, 2019