United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                     Case No. 18-04753-MJC

Michael A Cerciello                                                                          Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                                        Page 1 of 2
Date Rcvd: Oct 14, 2025                      Form ID: fnldecnd                                  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A Cerciello, 145 Gunstock Lane, Tafton, PA 18464-9613 |
| 5441978 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5129263 | + | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 5262969 | + | Tanglewood North Community Assoc, Thomas F Farley Esq, 2523 Route 6 Suite 1, Hawley, PA 18428-7055 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5129261 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 14 2025 19:17:00 | Esb/Harley Davidson Cr, PO Box 21829, Carson City, NV 89721-1829 |
| 5138856 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 14 2025 19:17:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5176902 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 14 2025 19:17:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5129262 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 14 2025 19:17:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5143817 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 14 2025 19:17:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5157709 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 14 2025 19:17:00 | Freedom Mortgage Corporation, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5147032 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2025 19:17:02 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5129264 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 14 2025 19:28:27 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 5129265 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 15 2025 05:29:02 | Wells Fargo Bank nv, PO Box 94435, Albuquerque, NM 87199-4435 |
| 5134919 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 14 2025 19:28:28 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 5147568 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 15 2025 05:29:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5441979 | * | Freedom Mortgage, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jerome B Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com |
| John J Martin | on behalf of Debtor 1 Michael A Cerciello jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Michael A Cerciello, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18−bk−04753−MJC |

Social Security No.:
xxx−xx−7068

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Michael A Cerciello** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: October 14, 2025

**fnldec** (01/22)